UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN DAVISON,<br><br>Defendant. | CR  5:25-cr-50159<br><br><u>REDACTED INDICTMENT</u><br><br>Receipt of Child Pornography<br>(18 U.S.C. § 2252A(a)(2)(A))<br><br>Possession of Child Pornography<br>(18 U.S.C. § 2252A(a)(5)(B))<br><br>Forfeiture<br>(18 U.S.C. § 2253)) |

The Grand Jury charges:

COUNT 1

On or about between May 6, 2022, and September 21, 2023, in the District of South Dakota, the defendant, Kevin Davison, knowingly received any child pornography, as defined in 18 U.S.C. § 2256(8)(C), to wit: digitally morphed images of Identified Minor 1, using any means or facility of interstate and foreign commerce, including the internet, and the defendant, Kevin Davison, knew that such items contained child pornography as defined in 18 U.S.C. § 2256(8)(C), all in violation of 18 U.S.C. § 2252A(a)(2)(A).

COUNT 2

On or about September 21, 2023, in the District of South Dakota, the defendant, Kevin Davison, knowingly received any child pornography, as defined in 18 U.S.C. § 2256(8)(C), to wit: digitally morphed images of Identified Minor 2,

using any means or facility of interstate and foreign commerce, including the internet, and the defendant, Kevin Davison, knew that such items contained child pornography as defined in 18 U.S.C. § 2256(8)(C), all in violation of 18 U.S.C. § 2252A(a)(2)(A).

## COUNT 3

On or about September 21, 2023, in the District of South Dakota, the defendant, Kevin Davison, knowingly received any child pornography, as defined in 18 U.S.C. § 2256(8)(C), to wit: digitally morphed images of Identified Minor 3, using any means or facility of interstate and foreign commerce, including the internet, and the defendant, Kevin Davison, knew that such items contained child pornography as defined in 18 U.S.C. § 2256(8)(C), all in violation of 18 U.S.C. § 2252A(a)(2)(A).

## COUNT 4

On or about between January 1, 2023, and December 31, 2023, in the District of South Dakota, the defendant, Kevin Davison, knowingly received any child pornography, as defined in 18 U.S.C. § 2256(8)(C), to wit: digitally morphed images of Identified Minor 4, using any means or facility of interstate and foreign commerce, including the internet, and the defendant, Kevin Davison, knew that such items contained child pornography as defined in 18 U.S.C. § 2256(8)(C), all in violation of 18 U.S.C. § 2252A(a)(2)(A).

## COUNT 5

On or about January 13, 2025, in the District of South Dakota, the defendant, Kevin Davison, knowingly possessed any material that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8)(C), said material having been produced using materials that have been mailed, and shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: an MSI MS-16RS laptop computer that contained digitally morphed images of Identified Minor 1, Identified Minor 2, Identified Minor 3, and Identified Minor 4, all in violation of 18 U.S.C. § 2252A(a)(5)(B).

A TRUE BILL:

**Name Redacted**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: *[signature: Megan Poppen]*

3

FORFEITURE NOTICE

1. The allegations contained in this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2253.

2. If convicted of an offense set forth above, the defendant, Kevin Davison, shall forfeit to the United States any and all materials or property used or intended to be used in the receipt and possession of child pornography. Such property includes, but is not limited to: One MSI MS-16RS laptop; one Motorola G Stylus 5G (2022) cellular phone; one Amazon tablet; one Samsung SM-S920L cellular phone; one Sony PlayStation, one Amazon Kindle; and one Motorola Moto G cellular phone.