**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**WESTERN DIVISION**

Daneta Wollmann United States Magistrate Judge Presiding

Courtroom Deputy - SC
Courtroom - RC #2
U.S. Probation Officer – Shirley L'Esperance

Court Reporter – FTR
Date: September 24, 2025

5:25-cr-50159-01

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Kevin Davison<br><br>Defendant. | Heather Knox<br><br><br><br><br><br>Alecia Fuller |

TIME HEARING SCHEDULED TO BEGIN: 8:15 p.m.
TIME:
8:18 a.m. Enter initial appearance, arraignment, and detention hearing before the Honorable Daneta Wollmann.

The Court notes the appearance of counsel. The defendant is present in custody. The defendant informed of his rights, the allegations against him, and the maximum possible penalties.

A financial affidavit is executed and filed with the Court.
The Court enters an **Oral Order** appointing Alecia Fuller to represent the defendant.

Comes now, Kevin Davison, and enters a plea of not guilty to the charges contained in the indictment.

Ms. Knox moves for detention.
Ms. Fuller requests release.

The Court enters an order setting conditions of release.

8:38 a.m. Court is adjourned.