# UNITED STATES DISTRICT COURT
### for the
District of South Dakota

| | |
|---|---|
| United States of America<br>v.<br><br>Kevin Davison<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 5:25-cr-50159

RECEIVED
U.S. MARSHALS
RAPID CITY, SD
2025 SEP 18 PM 4:47

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kevin Davison ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Receipt of Child Pornography        18 U.S.C. § 2252A(a)(2)(A)

Possession of Child Pornography    18 U.S.C. § 2252A(a)(5)(B)

Date: 09/18/2025

_____
*Issuing officer's signature*

City and state: Rapid City, SD

Matthew W. Thelen, Clerk of Court
*Printed name and title*

## Return

This warrant was received on *(date)* 9-18-25 , and the person was arrested on *(date)* 9-22-25
at *(city and state)* Rapid City, SD .

Date: 9/24/2025

_____
*Arresting officer's signature*

DUSM Joshua Petersen
*Printed name and title*

CC: USMS
Kle