IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN DAVISON,<br><br>    Defendant. | 5:25-cr-50159-CCT<br><br>DEFENDANT'S MOTION FOR ORDER TO PRODUCE RECORDS TO DEFENSE EXPERT |

Comes now the Defendant, Kevin Davison, by and through his attorney, Assistant Federal Public Defender, Alecia E. Fuller, and hereby moves this Honorable Court for its Order requiring the United States Attorney's Office to produce to defense counsel's expert, Computer Forensic Resources, Inc., all reports or documents in the custody of the United States Attorney's Office that contain information relevant to the allegations in this case pursuant to the Federal Rules of Criminal Procedure 16(a). Grounds and reasons for this motion are as follows:

1.    Defendant is charged in an Indictment alleging that he received and possessed illicit images of a minor engaging in sexually explicit conduct.

2.    As a result of the allegations, devices belonging to the Defendant were seized and forensically examined manually and utilizing Magnet Axiom.

3.    Allegedly, incriminating materials were found during these examinations and in the report.

4.   Counsel for Defendant lacks the technical expertise to properly review, understand, and evaluate the data to determine the full extent of Defendant's conduct.

5.   Knowing the technical aspect of the case, Counsel for Defendant retained Derek Kuchenreuther of Computer Forensic Resources, Inc. in Sioux Falls, South Dakota on December 16, 2025, to provide knowledge and expertise, including potential testimony, about the discovery materials and overall findings to assist Counsel.

6.   Since 2006, Computer Forensic Resources, Inc. has had an established protocol with the U.S. Attorney's Office in Sioux Falls, South Dakota in which Mr. Kuchenreuther is permitted to review technical government discovery while ensuring security and confidentiality.

A forensic examination by Counsel's expert is necessary to properly inform Defendant of the technical aspects of his case so that Defendant may make an informed decision as to how he'd like to proceed in this matter.

Wherefore, Defendant requests that this Court grant its Order directing the U.S. Attorney's Office in Rapid City, South Dakota to produce to defense counsel's expert for review the documentation requested in accordance with the standard protocol that has been utilized to review such materials.

Dated this 16th day of December 2025.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/Alecia E. Fuller*
Alecia E. Fuller
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
655 Omaha Street, Suite 100
Rapid City, SD 57701
Telephone: 605-343-5110; Facsimile: 605-343-1498
filinguser_SDND@fd.org