UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

KEVIN DAVISON,

           Defendant.

CR 25-50159

FACTUAL BASIS STATEMENT

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is Kevin Davison. Between May 6, 2022, and September 21, 2023, in the District of South Dakota, I used the internet-based application DeepNude and my laptop and two cellular phones connected to the internet, to knowingly possess image files containing sexually explicit visual depictions of minors on my cellular phone.

I agree that I installed the DeepNude application onto my cell phones. I then uploaded photographs of clothed minors who were known to me, including Identified Minor 1, Identified Minor 2, Identified Minor 3, and Identified Minor 4 (together, "Identified Minors"), into the application. I agree that the application uses artificial intelligence technology to "remove" the clothes of persons in photographs or videos and replace their clothes with AI-generated nude bodies.

The images of the Identified Minors that I uploaded into the DeepNude application were images of the Identified Minors that were taken when I knew each of the Identified Minors was, in fact, under the age of 18. Each of the images were modified to appear that the Identified Minors were engaging in sexually explicit conduct. Thus, I agree that the AI-generated, digitally morphed nude images of the Identified Minors constitute child pornography, within the meaning of 18 U.S.C. § 2256(8)(C).

None of the Identified Minors were under the age of 12 years at the time the photos that I digitally morphed were taken. I did not distribute the images and had no intention of distributing them. I agree that I used a computer to possess and access with intent to view the material. I further agree that my conduct constitutes a pattern of activity involving the sexual exploitation of a minor, because I exploited four minors in this way.

I stipulate and agree that the following property was used in the commission of the offense described above: one MSI MS-16RS laptop computer; one Motorola G Stylus 5G (2022) cellular phone; and one Motorola Moto G cellular phone. I also agree to forfeit one Samsung SM-S920L cellular phone; one Amazon tablet; one Samsung SM-S920L cellular phone; one white Sony PlayStation; and one Amazon Kindle.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the

2

requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

RONALD A. PARSONS, JR.
United States Attorney

3/18/2026
Date

PAIGE PETERSEN
Assistant United States Attorney
515 9th Street, Suite 201
Rapid City, SD 57701
Telephone: (605) 342-7822
Facsimile: (605) 342-1108
E-Mail: Paige.Petersen@usdoj.gov

3-4-26
Date

KEVIN DAVISON
Defendant

3/4/26
Date

ALECIA E. FULLER
Attorney for Defendant

3