UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN DAVISON,<br><br>Defendant. | 5:25-CR-50159-CCT<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING AND ALL RELATED DEADLINES** |

Defendant Kevin Davison moves to continue his sentencing hearing and all related deadlines and the government does not object. Docket 39. Good cause appearing, it is

ORDERED that the sentencing hearing currently scheduled for July 27, 2026 is rescheduled to **Monday, September 28, 2026** at **2:30 p.m.** in Courtroom 1 of the Andrew W. Bogue Federal Courthouse, 515 Ninth Street, Rapid City, South Dakota; it is further

ORDERED that all related deadlines are continued pursuant to D.S.D. Crim. LR 32.1.

Dated July 2, 2026.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE