**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Camela C. Theeler United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KLE | Court Reporter – Deanna Clayborne |
| Courtroom - RC #1 | Date – September 28, 2026 |
| Probation – Kevin Johnson via video | |

5:25-cr-50159-01

| | |
|---|---|
| United States of America | Kathryn Rich |
| Plaintiff, | |
| vs. | |
| Kevin Davison | Alecia Fuller |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 2:30 p.m.

TIME:

3:25 p.m. Enter non-evidentiary sentencing hearing

Sentence:
Count 5: 60 months' custody, 5 years' supervised release, $570 restitution and $100 VAF. Forfeiture ordered by the Court.

All parties are notified by the Court of their right to appeal.

Upon Government motion, the Court dismisses the remaining counts.

4:02 p.m. Court adjourned.